UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 01-1786 (DSD/JMM)

Petitioner,

v. ORDER

JOHN LEONARD DAVIS,

Respondent.

This matter comes before the Court on the Government's Petition to Determine the Present Mental Condition of an Imprisoned Person Due For Release Under 18 U.S.C. § 4246 [Docket No. 1]. The subject of the Petition, Respondent John Leonard Davis, is a federal prisoner who is serving a seven-month term imposed by the United States District Court, Southern District of California, and was scheduled to be released on October 2, 2001. The Government is represented by Joan Humes, Esq. The Federal Public Defender's Office has been appointed to represent the Respondent John Leonard Davis.

Based upon all of the files, records, and proceedings herein, the Court being duly advised, it now makes and enters the following Order.

1. A hearing shall be held pursuant to the provisions of 18 U.S.C. § 4246 to determine (1) if Respondent is presently suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility, and (2) whether the Court should commit Respondent to the custody of the Attorney General for care or treatment in a suitable facility.

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. The hearing shall take place at the Federal Medical Center in Rochester, Minnesota.

3. The hearing will be held on Thursday, November 1, 2001 at 10:00 a.m.

4. This Court will not order a further psychiatric or psychological examination of Respondent pursuant to 18 U.S.C. § 4245(b) unless either party, by written Motion, substantiates the need for such an examination.

Dated: October 5, 2001

JOHN M. MASON
United States Magistrate Judge