UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1786 (JMM/DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LEONARD DAVIS<br><br>Defendant. | ) | ORDER FOR CONTINUANCE OF SECT. 4246 HEARING |

The Court, having considered a motion by John Davis for a continuance of the pending hearing in the above captioned case, a commitment petition pursuant to 18 U.S.C. § 4246, and noting that the United States is in agreement with the request, hereby Orders that the hearing currently scheduled for December 13, 2001, is cancelled. A delay in these proceedings is appropriate to allow the Veteran's Administration Hosptial from California to consider Mr. Davis' requested placement there, a placement that would render the pending petition moot. The hearing will take place on (date to be rescheduled, if necessary).

Date: 12/12/01

[signature]
Magistrate Judge John M. Mason
United States District Court

FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______