UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1786 (JMM/DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN LEONARD DAVIS | ) | |
| Defendant. | ) | |

Upon application of the defendant and for good cause shown, it is hereby ordered that defendants's request for an additional one week to file objections to the Report and Recommendation of the Magistrate is granted.

DATED: 3/28, 2002

David S. Doty
United States District Court Judge

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____