UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 01-1786 (DSD/JMM)

Petitioner,

v. ORDER

JOHN LEONARD DAVIS,

Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated March 12, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED the Petition of the Government is granted. Respondent shall be, and hereby is committed to the custody of the Attorney General who shall hospitalize Respondent for treatment in a suitable facility. Pursuant to the provisions of 18 U.S.C. § 4246(d):

> "the Attorney General shall hospitalize the person for treatment in a suitable facility, until–
>
> (1) such a State will assume such responsibility; or
>
> (2) the person's mental condition is such that his release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would not create a substantial risk of bodily injury to another person or serious damage to property of another;

FILED APR 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

whichever is earlier. The Attorney General shall continue periodically to exert all reasonable efforts to cause such a State to assume such responsibility for the person's custody, care, and treatment."

Dated: 4/18/02

DAVID S. DOTY
United States District Court Judge