**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Minneapolis, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: 01-1786 DSD/SRN
United States of America vs. John Leonard Davis

NOTE NEW CASE NUMBER

**IN RE: Notice for Reassignment of Civil Cases**

The above case has been referred to **U. S. District Court Magistrate Judge Susan R. Nelson** to handle magistrate judge proceedings in this case.

DATED: September 13, 2002

RICHARD D. SLETTEN, CLERK

BY: Cynthia Francis
Cynthia Francis
Division Manager

**FILED 9/13/02**
**Richard D. Sletten, Clerk**
**JUDGMENT ENT'D____**
**DEPUTY CLERK ______**