UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1786(DSD/SRN)

United States of America,

Petitioner,

v. **ORDER**

John Leonard Davis,

Respondent.

This matter is before the court upon the recommendation of W. I. LeBlanc, Jr., Warden of the Federal Medical Center, Rochester, Minnesota, that respondent be granted conditional release from the custody of that facility. Without objection from petitioner or respondent, and pursuant to 18 U.S.C. § 4246(e)(2)(A) and (B), the recommendation is adopted.

Accordingly, **IT IS HEREBY ORDERED** that respondent John Leonard Davis shall be released from the custody of the Bureau of Prisons under the following conditions:

1. That he enter outpatient mental health treatment and establish residence at a structured facility such as Carroll's Community Care or Mercy Guest House in San Diego, California, upon immediate notification that a bed is available.

2. That he comply with whatever treatment regimen the treating clinicians at the outpatient mental health facility recommend.

JUN 06 2003
FILED ______
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

3. That, should his psychiatric condition deteriorate, he comply with admission and psychiatric inpatient treatment at the San Diego Veterans Affairs Medical Center ("VAMC").

4. That he continue to take medication as ordered or as may be adjusted by the treating clinicians at the outpatient facility or the VAMC.

5. That he be supervised by the United States Probation Office for a period of 2 years, pursuant to 18 U.S.C. § 3603(8)(A), to ensure his compliance.

6. That the medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification to the court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit documentation supporting the request through the supervising U.S. Probation Officer, to the Civil Division of the U.S. Attorney's Office for the District of Minnesota for a determination as to whether a motion for release should be filed.

7. That the director of the treatment facility shall prepare and submit to the supervising U.S. Probation Officer an annual report regarding the course of treatment and current status of respondent John Leonard Davis.

**IT IS FURTHER ORDERED** that: petitioner's petition for order of revocation [Doc. No. 23] is denied as moot.

Dated: June 6, 2003

David S. Doty, Judge
United States District Court