# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
V.
JOHN LEONARD DAVIS

**WARRANT FOR ARREST**
CASE NUMBER: 01-CV-1786 DSD/JGL
0441-0518-0805-D

RECEIVED
JUN 28 2004
CLERK
U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John Leonard Davis
name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On or about September 2, 2003, in the State of California, Easton District, defendant violated the standard conditions set forth in his conditional release and did fail to comply with the prescribed regimen of medical, psychiatric, and psychological care and treatment.

in violation of Title 18 United States Code, Section(s) 4246(f)

| | |
|---|---|
| Jonathan Lebedoff | U.S. MAGISTRATE JUDGE |
| NAME OF ISSUING OFFICER | TITLE OF ISSUING OFFICER |
| [signature] | 04/26/04 Minneapolis, MN |
| SIGNATURE OF ISSUING OFFICER | DATE AND LOCATION |

Bail fixed at $ by

ARRESTED ON 6-17-04
ARRESTED BY Redding Police - Shasta County, CA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at [signature]

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SCANNED
JUN 29 2004
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-CV-1786

CERTIFICATE OF REQUEST TO MODIFY OR REVOKE CONDITIONAL RELEASE

This is to advise you that on September 18, 2003, staff from the United States Probation Office in the Southern District of California informed the United States Probation Office in the District of Minnesota, who in turn notified the United States Attorney's Office for the District of Minnesota, who in turn notified the staff at the Federal Medical Center in Rochester, Minnesota (FMC Rochester) that John Leonard David, Federal Register Number 53657-198, a prisoner committed to the custody of the Attorney General pursuant to Title 18, United States Code, Section 4246 and conditionally released to the Mercy Guest House in San Diego, California, pursuant to the order of David S. Doty, United States District Judge, dated June 6, 2003, has failed to follow the standard conditions set forth in his conditional release. Specifically, on September 2, 2003, the supervising United States Probation Officer (USPO) was informed by the manager of the Mercy Guest House, Elvie Quiatchon, that John Leonard Davis had not paid his rent for September and had allegedly traveled to Tijuana, Baja California, Mexico. Ms. Quiatchon advised the USPO that she had given John Leonard Davis his veterans benefits check to him on August 29, 2003, which he then cashed and fled to Mexico. Importantly, John Leonard Davis has been told explicitly by the USPO that he is not to travel to Mexico. Ms. Quiatchon further advised that on August 31, 2003, John Leonard Davis returned to the Mercy Guest House and informed her he was unable to pay his monthly rent as he was robbed while in Tijuana. Also on August 31, 2003, John Leonard Davis reportedly left the Mercy Guest House after advising Ms. Quiatchon that he would rather return to jail than remain at that facility. To date, John Leonard Davis has failed to contact the USPO and his current whereabouts are unknown.

John Leonard Davis appears to have violated Standard Condition Number 6 which prohibits him from leaving the judicial district without the permission of the Court or Probation Officer; and Standard Condition

Number 11 which requires him to notify the Probation Officer ten days prior to any change in residence or employment.

Pursuant to 18 U.S.C. § 4246 (f), I hereby request that:

1. the above court enter its order directing John Leonard Davis be arrested forthwith and returned to the custody of the Attorney General pending a hearing pursuant to 18 U.S.C. § 4246 (f); and

2. that John Leonard Davis be given a hearing to determine whether he has violated the conditions set forth in his conditional release and whether his continued placement in the community would create a substantial risk of bodily injury to another person or serious damage to the property of another.

Dated this 19 day of April, 2004

W. I. LeBlanc, Jr., Warden
Federal Medical Center
2110 East Center Street
Rochester, MN 55903