01-1786 DSD/SRN

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**
**CRIMINAL MINUTES**

| | |
|---|---|
| Before U.S. Mag. Peter A. Nowinski | Deputy Clerk: Templee Mobley |
| Case No: MAG. 04-0157-PAN | Date: 06/23/2004 |
| Asst. U.S. Atty: Anne Pings | Interpreter: |
| Compact Disc. #1 | ECRO: Dona Euler |

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**V.**<br>**JOHN DAVIS**<br>**Defendant(s).** | Attorney(s) for Defendant(s)<br>❏Appointed ❏ Retained ❏ Federal Defender<br>Linda Harter, AFD |

| | |
|---|---|
| **District of Minnesota** | **Case Number other district 01-CV-1786** |

| | | | | |
|---|---|---|---|---|
| Indictment ❏ | Information ❏ | Complaint❏ | Superseding ❏ | OTHER: Probation Petition |

| | | |
|---|---|---|
| Defendant(s) Appearing X | In Custody X | Not Appearing ❏ |

| | |
|---|---|
| True Name as charged ❏ | States True Name |
| Advised of Rights/Charges X | Bail Set ❏ |

| | | |
|---|---|---|
| Reason for Hearing: | INITIAL APPEARANCE | Other: |

| | |
|---|---|
| Preliminary Hearing Set For: | |
| Next Appear. | For: |

**Results of Hearing:** All parties present; the deft in custody. The deft. was advised of his rights and the charges. The deft. admitted that he is the person so named in the Probation Petition filed in the District of Minnesota.

Detention of the deft. was requested by the Govt. There being no objection from deft's counsel, the deft. was ordered detained and transported to the District of Minnesota forthwith.

FILED
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | | | |
|---|---|---|---|
| Excludable Time\Ordered: | Starts: | Stops: | Total Days: |
| | | Local Code | |

SCANNED
JUL 01 2004
U.S. DISTRICT COURT MPLS

1C: USPO, PTS, U.S. Marshal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RECEIVED
BY U.S. MAIL
2004 JUN 28 AM 9:41
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

District of Minnesota
300 S 4th Street
Minneapolis, MN 55415

RE: USA v. JOHN DAVIS / 01-CV-1786 DSD/SRN

Dear Clerk,

Pursuant to the Order transferring the above captioned case to your court, dated June 23, 2004, transmitted herewith are a certified copy of the transferral order and the original case file documents.

Please acknowledge receipt of the above documents by endorsing the copy of this letter provided.

Sincerely,

Jack L Wagner, Clerk

By: N/Cannarozzi, Deputy Clerk

**DATE RECEIVED:** ____________________

**COURT:** ____________________

**NEW CASE NUMBER:** ____________________