01-1786 DSD/SRN

AO 94 (Rev. 8/97) Commitment to Another District

FILED
JUN 23 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA
V.
JOHN DAVIS

## COMMITMENT TO ANOTHER DISTRICT

Case No. Mag. 04-0157-PAN

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | MAG. 04-0157-PAN | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify) Probation Petition

**charging a violation of** **U.S.C. §**

**DISTRICT OF OFFENSE**
District of Minnesota

**DESCRIPTION OF CHARGES:**

Violation of Terms of Probation

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: JACK L. WAGNER
Clerk, U. S. District Court
Eastern District of California
By Deputy Clerk
Dated: 6/23/04

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
x Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June , 2004
Date

United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

SCANNED
JUL 01 2004
U.S. DISTRICT COURT MPLS

ao94[1].wpd

3