01-1786 DSD/SRN

TERMED

U.S. District Court
EASTERN DISTRICT OF CALIFORNIA (Sacramento)

CRIMINAL DOCKET FOR CASE #: 04-M -157-ALL

USA v. Davis
Dkt# in other court: None

Filed: 06/23/04

Case Assigned to: Magistrate Judge Peter A Nowinski

JOHN - DAVIS (1)
defendant
[term 06/24/04]

Linda Harter
[term 06/24/04]
[COR LD NTC pda]
Federal Defender
801 I Street
Third Floor
Sacramento, CA 95814
916-498-6666
FTS 498-6656

Pending Counts:

NONE

Terminated Counts:

NONE

Complaints:

NONE

U. S. Attorneys:

NONE

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: JACK L. WAGNER
Clerk, U. S. District Court
Eastern District of California
By [signature]
Deputy Clerk
Dated 6-24-04

SCANNED
JUL 01 2004
U.S. DISTRICT COURT MPLS

Proceedings include all events. TERMED
2:04m 157-ALL USA v. Davis

| | | |
|---|---|---|
| 6/23/04 | 1 | MINUTES before Magistrate Judge Peter A. Nowinski: first appearance of John Davis Attorney Linda Harter present; The dft was advised of his rights and the pending charges; The dft admitted that he is the person so named in the probation petition; The dft was ordered detained and transported to the District of Minnesota (01-CV-1786) forthwith C/R ECRO (nac) [Entry date 06/24/04] |
| 6/23/04 | 2 | ORDER of Detention of John Davis by Magistrate Judge Peter A. Nowinski (nac) [Entry date 06/24/04] |
| 6/23/04 | 3 | COMMITMENT to District of Minnesota (01-CV-1786) for John Davis by Magistrate Judge Peter A. Nowinski (nac) [Entry date 06/24/04] |
| 6/24/04 | -- | TRANSMITTAL of documents: Original case file documents (1-2) and certified copies of transferral order and docket sheet (nac) [Entry date 06/24/04] |
| 6/24/04 | -- | MAGISTRATE CASE TERMINATED SEE commitment to another district; Terminating party John Davis (nac) [Entry date 06/24/04] |