UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1786 (DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) | |
| | ) | |
| JOHN LEONARD DAVIS | ) | |
| | ) | |
| Defendant. | ) | |

John Davis, through his undersigned former counsel, seeks reappointment of the Federal Public Defender to assist him in his ongoing case, Civil Number 01-1786. Mr. Davis has recently been returned to custody and faces a new risk assessment and, possibly, renewed custody pursuant to 18 U.S.C. § 4246. According to 18 U.S.C. § 4246(f), Mr. Davis may be entitled to a hearing on the question of whether his prior conditional discharge should be revoked. The reappointment of counsel will assist Mr. Davis in assessing the issues surrounding his possible re-commitment.

A proposed Order is included for the Court's convenience.

Dated: August 25, 2004

Respectfully submitted,

*s/ Katherine M. Menendez*
KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415