UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1786 (DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| JOHN LEONARD DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on August 26, 2004, I caused the following documents:

1. Motion for Appointment of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Perry F. Sekus
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

John Leonard Davis

Dated: August 26, 2004

s/ Katherine M. Menendez
KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415