UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Civil No. 01-1786 (DSD/SRN)

Plaintiff,

v. **ORDER**

John Leonard Davis

Defendant.

---

Perry F. Sekus, Assistant United States Attorney, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Plaintiff.

Katherine M. Menendez, Assistant Federal Defender, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendant.

---

**IT IS HEREBY ORDERED** that the Federal Public Defender be reappointed to represent John Davis in matters relating to the above-captioned case.

Dated: August 27, 2004

s/ Susan Richard Nelson
Honorable Susan Richard Nelson
United States Magistrate Judge