# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,
Plaintiff(s),
v.

John Leonard Davis,
Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1786 DSD/SRN |
| Date: | January 28, 2005 |
| Court Reporter: | Carney & Assoc. |
| Tape Number: | n/a |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 1:00 p.m. |
| Time in Court: | 2 Hours & 30 Minutes |

APPEARANCES:

For Plaintiff: Perry Sekus
For Defendant: Katherine Menendez

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

## Hearing at FMC, Rochester, Minnesota Pursuant to 18 U.S.C. § 4246

Defendant's Brief Due: **02/04/05**
Plaintiff's Response Due: **02/11/05**

Motions taken under advisement as of: **02/11/05**

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Dan Herber
Signature of Dan Herber, Law Clerk