CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JOHN LEONARD DAVIS,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 01-1786 DSD/SRN |

I hereby certify that on February 17, 2005, I caused the following documents:

PETITIONER'S POST-HEARING MEMORANDUM, NOTIFICATION OF CONVENTIONAL FILING - EXHIBIT A, EXHIBIT B and CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

kate_menendez@fd.org
(Exhibit A via hand-delivery)

Dated: February 17, 2005

s/ Carla R. Kohl
CARLA R. KOHL