**FEDERAL PUBLIC DEFENDER**
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5858
Fax: (612) 664-5850

DANIEL M. SCOTT
Federal Public Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

SCOTT F. TILSEN
First Assistant Defender

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

February 18, 2005

Honorable Susan Richard Nelson
United States Magistrate Judge
242 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. John Leonard Davis
Civil No. 01-1786 DSD/SRN

Dear Magistrate Judge Nelson:

I have reviewed the updated Risk Assessment of John Davis, which was submitted to the Court on February 17, 2005. I am pleased to hear how well the doctors believe Mr. Davis is doing right now. I am writing this brief letter to renew my request to the Court to Order Mr. Davis' release and discharge from continued commitment under § 4246. The information in the letter supports his conditional release, as the government seeks, but I believe it also supports the termination of his commitment. Mr. Davis expresses an understanding that he cannot possess weapons, a desire to stay sober, a willingness to continue treatment, and insight into his illness. As I have argued, perhaps too abundantly, to the Court, even though he is plainly still mentally ill and will remain so for the rest of his life, he is no longer any sort of danger to others and ought to be released.

If the Court is inclined to agree with Mr. Davis's request, I ask that the Court recommend that FMC Rochester continue release planning for Mr. Davis, including an appropriate initial placement as they are contemplating, but that such release be without conditions of any sort. I am available as the Court needs for any additional briefing or fact-finding in this matter.

Sincerely,

Katherine M. Menendez
Assistant Federal Defender

cc: AUSA Perry Sekus

RECEIVED
Feb 22, 2005
U.S. DISTRICT COURT
S.R.N.

SCANNED
FEB 28 2005
U.S. DISTRICT COURT ST. PAUL