# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Petitioner,

v.

JOHN DAVIS,
Respondent.

**CERTIFICATE OF SERVICE**

Civil No: 01-1786 DSD

I hereby certify that on March 18, 2005, I caused the following document(s):

1. Respondent's Objections to Report and Recommendation

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Perry Sekus
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

John Davis

Dated: March 18, 2005

*s/Katherine M. Menendez*
KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415