UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1786(DSD/SRN)

United States of America,

Petitioner,

v. **ORDER**

John Leonard Davis,

Respondent.

This matter is before the court upon respondent's objections to the report and recommendation of United States Magistrate Judge Susan R. Nelson, dated March 3, 2005, recommending denial of both petitioner's motion to modify or revoke conditional release and respondent's request for unconditional release. Rather, the magistrate judge recommends that respondent be conditionally released. For the following reasons, the court adopts the report and recommendation in its entirety.

This court reviews the reports and recommendations of the magistrate judge de novo. See 28 U.S.C. § 636(b)(1)(c). Respondent John Davis does not object to the facts set forth in the report, but rather raises two objections to the conclusions therein. First, Davis objects to the magistrate judge's conclusion that he failed to establish by a preponderance of the evidence that he has recovered from his mental illness to such a degree that he no longer poses a danger to society if released without conditions. (See R&R at 20.) Davis argues that the magistrate judge failed to

consider the entire record and, in particular, the fact that he has not committed any violent or threatening acts for almost three years.

To the contrary, the magistrate judge discussed Davis' recent history, including the lack of violence, immediately before addressing the evidence that Davis presented. (See id. at 17-18.) Although recognizing that "[t]here does not appear to be any additional evidence of violence in more recent years," the magistrate judge also considered Davis' recent risk assessments, highly variable mental condition and failure to follow prescribed treatment regimens. (Id. at 17-19.) The magistrate judge then correctly found that "[b]ased upon the whole of the evidence," Davis failed to meet his burden of proof. (Id. at 20.) Therefore, respondent's first objection is overruled.

Second, Davis objects to the terms of conditional release recommended by the magistrate judge. The court finds that the recommended conditions, including supervision by probation, are necessary to ensure that Davis no longer creates a substantial risk of bodily injury to another person or serious damage to property of another. In the alternative, respondent requests an additional condition that should he violate the terms of release, the parties be notified and given an opportunity to be heard before he is returned in custody to FMC Rochester. The court finds that such a condition is reasonable and will not create a danger to society.

Accordingly, after a de novo review of the motions, files and administrative record in this matter, and for the reasons stated, the court adopts the report and recommendation of the magistrate judge in its entirety. Therefore, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion to modify or revoke conditional release [Docket No. 26] is denied as moot.

2. Respondent's request for unconditional release is denied.

3. Respondent is ordered released from the custody of the Bureau of Prisons under the following, and only the following, conditions:

   a. That he enter the Empire Recovery Center in Redding, California, or other such suitable mental health treatment facility for inpatient and/or outpatient care when such placement becomes available as determined by FMC-Rochester staff.

   b. That he comply with whatever treatment regimen the treating clinicians at the mental health facility recommend.

   c. That, should his psychiatric condition deteriorate, he comply with admission and psychiatric inpatient treatment to the Northern California Health Care System in Sacramento, California, the facility that serves all Veterans Administration clients in that region of California.

d. That he continue to take medication as ordered or as may be adjusted by the treating clinicians at the Empire Recovery Center in Redding, California, Veterans Administration Clinic in Redding, California, the Northern California Health Care System in Sacramento, California, or other mental health facility selected by FMC-Rochester staff.

e. That he be supervised by the United States Probation Office for a period not to exceed 1 year, pursuant to 18 U.S.C. § 3603(8)(A), to ensure his compliance.

f. That the medical provider may, at any time, recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to the court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit documentation supporting the request through the supervising United States Probation Officer, to the Civil Division of the United States Attorney's Office for the District of Minnesota for a determination as to whether a motion for release should be filed.

g. That, should he violate these conditions of release, the parties be notified and given an opportunity to be heard prior to his being returned, in custody, to FMC-Rochester.

Dated: April 4, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court