U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

Case Number: 01cv 1786 DSD/SRN

Title: United States of America v. John Leonard Davis

I do hereby acknowledge receipt of the _Plaintiff's exhibits in the above entitled action

Tina Knoll U.S. Attorney's Office 12/6/05

Signature and Law Firm Date

Mary Kaye Carey 12-6-05

Deputy Clerk Date

SCANNED
DEC 07 2005
U.S. DISTRICT COURT MPLS