U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIPT FOR WITHDRAWAL OF EXHIBITS

Case Number: 01cv 1786 DSD/SRN

Title: United States of America v. John Leonard Davis

I do hereby acknowledge receipt of the _Defendant's exhibits in the above entitled action

FPD 12-6-05
Signature and Law Firm Date

12-6-05
Deputy Clerk Date

SCANNED
DEC 07 2005
U.S. DISTRICT COURT MPLS